IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR126 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| **JOSE ROSAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Through its Motion for Dismissal, the United States seeks leave of the Court to dismiss the Indictment against Defendant Jose Rosas without prejudice. (Filing No. 4). The Court concludes that pursuant to Federal Rule of Criminal Procedure 48(a), leave of court should be granted to the United States to dismiss the Indictment.

IT IS ORDERED:

The Motion for Dismissal without prejudice as to Defendant Jose Rosas (Filing No. 4) is granted.

DATED this 18th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge